JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERIE NELSON TIMS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>B. VON BLANCKENSEE, et al.,<br><br>　　　　Respondents. | Case No. CV 20-7986-ODW (JEM)<br><br>**J U D G M E N T** |

　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: February 26, 2021

　　　　　　　　　　　　　　　　　　　　　　／s／ Otis D. Wright, II
　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE